FILED

01/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0433

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0433

_____

IN RE THE PARENTING OF;

A.M.O.,

   Minor Child.

AVANLEE CHRISTINA OKRAGLY,

      Petitioner and Appellee,

  and

SEBASTIAN ALEXANDER KEITEL,

      Respondent and Appellant.

O R D E R

_____

On December 20, 2023, Counsel for Appellee Avanlee Christine Okragly has filed a motion to strike Intervenor and Appellant Frederick J. Keitel's opening brief, asserting the brief is defamatory and in violation of the District Court's orders of protection.

On December 28, 2023, Appellee filed a motion to seal Intervenor and Appellant's opening brief for the same reasons. No response was filed to either motion.

Therefore,

IT IS HEREBY ORDERED that the motion to seal Intervenor and Appellant's opening brief is GRANTED. The Clerk is directed to file the brief under seal.

IT IS FURTHER ORDERED that the motion to strike Intervenor and Appellant's opening brief will be taken under advisement after the case has been sent to the Court for consideration.

The Clerk is directed to provide a copy of this Order to all counsel and parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 4 2024